R. Bradford Huss, No. 71303
Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ö HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104
Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
E-mail:	bhuss@truckerhuss.com
	rschwartz@truckerhuss.com
	ckang@truckerhuss.com

Attorneys for Defendant
Western Conference of Teamsters Pension Plan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID JONES, | Case No. 2:06-cv-2781 JAM DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING PLAINTIFF'S ATTORNEY'S FEES AND COSTS AND WAIVER OF APPEAL |
| vs. | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION PLAN, AND DOES 1 THROUGH 10, | |
| Defendant. | |

Plaintiff David Jones ("Jones") and Defendant Western Conference of Teamsters Pension Plan (the "Plan") hereby stipulate and agree to the following:

1.	The reasonable amount of attorney's fees and costs incurred by Jones in this Action is $25,000.00.

2.	The Plan shall pay Jones a total of $25,000.00 in full satisfaction of his claim for attorney's fees and costs in this Action.

3.	Except as specifically provided herein, each party shall bear his or its own fees and costs incurred in connection with this Action.

///

///

STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES AND COSTS AND WAIVER OF APPEAL AND [PROPOSED] ORDER; Case No. 2:06-cv-2781 JAM DAD
#941592

1

PDF created with pdfFactory trial version www.pdffactory.com

4.    The parties hereby waive any right to appeal any order issued during the course of this Action.

DATED:  September 4, 2008

                                          TRUCKER Ö HUSS

By:  /s/Clarissa A. Kang
     Clarissa A. Kang
     Attorneys for Defendant
     Western Conference of Teamsters Pension Plan

DATED:  September 4, 2008

                                          LAW OFFICES OF JOHN P. HENDERSON

By:
     /s/John P. Henderson
     (As authorized on September 4, 2008)
     John P. Henderson
     Attorneys for Plaintiff David Jones

**ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: September 8, 2008

                                          /s/ John A. Mendez
     Honorable John A. Mendez
     United States District Court Judge

Trucker ö Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California  94104

STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES AND COSTS AND WAIVER OF APPEAL AND [PROPOSED] ORDER; Case No. 2:06-cv-2781 JAM DAD
#941592

2

PDF created with pdfFactory trial version www.pdffactory.com